# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:04-cr-00082-LDG |
| v. | **ORDER** |
| DUBRIAN BURTON, | |
|     Defendant. | |

The defendant, Dubrian Burton, has requested early termination of his supervised release (#41).  The government has filed a response (#44) indicating that neither it nor the U.S. Probation Office for the District of Nevada oppose the request.  The Court has reviewed the defendant's motion and attached exhibits, which indicates that the defendant has been in compliance with the conditions of supervision.  The defendant has shown that he has successfully reintegrated into the community and has maintained full-time employment.

The court may take into consideration the reduction in sentence that was unavailable to the defendant in considering his motion for early termination of supervised release.   As indicated by the defendant, at the time of his sentencing he possessed an amount of a controlled substance that triggered a mandatory minimum sentence of 120

months.  Subsequently, the statutes and sentencing guidelines have been modified such that, if the defendant were sentenced today, the advisory guideline range would be 63 - 78 months.  Though the changes were made retroactive, the defendant did not benefit from the modifications as he had already been released from his term of incarceration.  If the defendant had been sentenced under the current guidelines, he would have already completed both his term of incarceration and a five-year term of supervised release.  This factor also suggests that early termination is appropriate.

Finally, the Court notes that the defendant has successfully completed more than 3½ years of the 5-year term of supervised release this Court originally imposed.  Having considered the record, the Court finds that the defendant is eligible for early termination of his supervised release.

Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's Motion for Early Termination of Supervised Release (#40) is GRANTED;

THE COURT **FURTHER ORDERS** that the term of Defendant's Supervised Release shall terminate effective upon the filing of this Order.

DATED this ___9___ day of October, 2015.

_____
Lloyd D. George
United States District Judge